CAUSE NO. ~~10-15-00253~~ CR
*16- 15- 00134-CR*

STATE OF TEXAS
Plaintiff~Respondent,

RECEIVED IN
The Court of Appeals
Sixth District

AUG 14 2015

Texarkana, Texas
Debra Autrey, Clerk

VS

L.T. ETCHISON, JR.
Defendant ~ Movant:

SIXTH COURT OF APPEALS

FILED IN
The Court of Appeals
Sixth District

AUG 14 2015

Texarkana, Texas
Debra K. Autrey, Clerk

## REQUEST FOR APPOINTMENT OF APPELLATE COUNSEL

NOW COMES L.T. ETCHISON, JR., pro se Movant, who files this request for appointment of counsel. Movant filed a perfection of appeal with the Tenth Court of Appeals on July 26, 2015. On August 4, 2015 the Supreme Court of Texas transferred the cause to this Court. Movant is incarcerated at F.C.I. Bastrop therefore does not have access to the internet nor the Rules of Criminal Procedure. Movant is indigent and therefore requests court appointed appellant counsel.

Importantly, Movant is appealing the judgment and conviction in this case citing the Interstate Detainer Motion docketed by the District Court on June 18, 2014. The District Court did not prosecute Movant within the 180 days allowed under the Interstate Detainer Act, Tex. Code. Crim. Proc. art. 51.14 therefore Movant requests this conviction to be reversed. Movant did not waive his request to the court to dismiss the charges under the Interstate Detainer Act. Further, Movant was not present nor aware of any hearing to adjudicate the merits of his Interstate Detainer Act motion.

Respectfully submitted,

_____ August 8, 2015, See Mailbox Rule
L.T. Etchison, Jr. pro se
Inmate No. 15767-180
F.C.I. Bastrop
P.O. Box 1010
Bastrop, Tx 78602